*In re* ROSENDO QUESADA VELAZCO, notario público.

*Número:* 1663          *Resuelto:* 22 de septiembre de 1975

*Leopoldo Tormes García, Iván Ayala Cádiz* y *Winston Laboy Milán,* abogados de Rosendo Quesada Velazco.

PER CURIAM: El pasado 30 de mayo concedimos término al abogado Rosendo Quesada Velazco para que compareciera a mostrar causa por la cual no debía ser separado de la profesión en consideración a su condición física. Posteriormente, en vista de la información rendida por los abogados del Lic. Quesada Velazco sobre su estado de incapacidad, ordenamos al Alguacil de este Tribunal como medida preventiva para salvaguardar la obra notarial de dicho abogado, que se incautara sin demora de la misma y la entregara al Director de Inspección de Protocolos. También ordenamos al Lic. Quesada Velazco que se abstuviera de actuar como notario hasta nueva orden de este Tribunal.

Respondiendo a nuestra orden sobre mostración de causa han comparecido los abogados del Lic. Quesada Velazco para

informarnos que por razón de la enfermedad que sufre dicho abogado, y a base del testimonio pericial de varios facultativos, la Administración de Seguro Social lo ha declarado incapacitado nombrándole tutora a su esposa Doña Emma Gastón.

En vista del precario estado de salud del Lic. Quesada Velazco *se dictará sentencia suspendiéndolo del ejercicio de la profesión sin perjuicio de que pueda ser reinstalado en el futuro en caso de que se restablezca de las dolencias que hoy le aquejan y que le impiden ejercer la profesión de abogado.*

Los Jueces Asociados Señores Díaz Cruz e Irizarry Yunqué no intervinieron.